# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:17cv1193 |
|     **Plaintiff** | : | |
| | : | (Judge Munley) |
|     v. | : | |
| | : | |
| RICHARD C. ANGINO; ANGINO | : | |
| LAW FIRM, P.C. formerly known | : | |
| as Angino & Rovner; and | : | |
| GLORIA TROSTLE, as | : | |
| administratrix of the Estate | : | |
| of David A. Trostle, | : | |
|     **Defendants** | : | |
| ::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::: | | |
| BIO-MEDICAL APPLICATIONS | : | |
| OF PENNSYLVANIA, INC., | : | |
|     **Interpleader Plaintiff** | : | |
| | : | |
|     v. | : | |
| | : | |
| UNITED STATES OF AMERICA; | : | |
| CENTERS FOR MEDICARE AND | : | |
| MEDICAID SERVICES; RICHARD | : | |
| C. ANGINO, ESQUIRE; ANGINO | : | |
| LAW FIRM, P.C. f/k/a Angino & | : | |
| Lutz P.C. f/k/a Angino & Rovner, | : | |
| P.C.; GLORIA TROSTLE, | : | |
| Individually and as Administratrix | : | |
| of the ESTATE OF | : | |
| DAVID A. TROSTLE, | : | |
|     **Interpleader Defendants** | : | |

# **ORDER**

**AND NOW**, to wit, this 11th day of May 2018, the Bio-Medical Applications of Pennsylvania, Inc.'s motion for interpleader deposit (Doc. 16) is hereby **DENIED**, and the Interpleader Plaintiff and Interpleader Defendants are dismissed from this case. The parties listed as Interpleader Defendants who are

also named as either original plaintiff or defendants shall remain in the case under the original designation.

                                      **BY THE COURT:**

                                      **s/ James M. Munley**
                                      **JUDGE JAMES M. MUNLEY**
                                      **United States District Court**