# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:17cv1193 |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **RICHARD C. ANGINO; ANGINO** | : | |
| **LAW FIRM, P.C. formerly known** | : | |
| **as Angino & Rovner; and** | : | |
| **GLORIA TROSTLE, as** | : | |
| **administratrix of the Estate** | : | |
| **of David A. Trostle,** | : | |
| **Defendants** | : | |

| | |
|---|---|
| **BIO-MEDICAL APPLICATIONS** | : |
| **OF PENNSYLVANIA, INC.,** | : |
| **Interpleader Plaintiff** | : |
| | : |
| **v.** | : |
| | : |
| **UNITED STATES OF AMERICA;** | : |
| **CENTERS FOR MEDICARE AND** | : |
| **MEDICAID SERVICES; RICHARD** | : |
| **C. ANGINO, ESQUIRE; ANGINO** | : |
| **LAW FIRM, P.C. f/k/a Angino &** | : |
| **Lutz P.C. f/k/a Angino & Rovner,** | : |
| **P.C.; GLORIA TROSTLE,** | : |
| **Individually and as Administratrix** | : |
| **of the ESTATE OF** | : |
| **DAVID A. TROSTLE,** | : |
| **Interpleader Defendants** | : |

# <u>ORDER</u>

**AND NOW**, to wit, this 26th day of February 2019, the Plaintiff United

States of America's motion for summary judgment (Doc. 36) is hereby **DENIED**.

                              **BY THE COURT:**

                              **s/ James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**